# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiffs,

vs.

Gardahl Sales & Service Inc., a Minnesota Corporation, d/b/a Land of Lakes Tile,

Defendant.

Civil File No. CV 02-381 RHK/JMM

**STIPULATION FOR SETTLEMENT AND ORDER**

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, as follows:

1. That Defendant shall execute and deliver to Plaintiffs a Promissory Note together with a Confession of Judgment and Verification requiring payment of the principal sum of $20,627.66 in favor of Plaintiffs, which represents arrearages on fringe benefit contributions through March 31, 2002, plus liquidated damages and attorney fees.

2. That in consideration for Defendant's payment of $20,627.66 in accordance with the above-referenced Promissory Note, Plaintiffs agree not to confess judgment against the Defendant.

3. That this Stipulation for Settlement does not alter or otherwise affect any collective bargaining agreement with any union, and/or any labor agreement and/or participation agreement to which Defendant is currently bound.

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement.

ROSENE, HAUGRUD & STAAB, CHARTERED

Dated: May 20, 2002

Andrew E. Staab
Attorneys for Plaintiffs
400 Robert Street North, Suite 1800
St. Paul, MN 55101
(651) 227-6621
Attorney Registration #204705

Dated: May 20, 2002

Gardahl Sales & Service, Inc.

By: ______________________
Gregory D. Mundahl
Its: Secretary/Treasurer

H:\Labor\6200_6240 Ceramic Tile\6240.16 Gardahl Sales\Docs\Stip for Settle.doc
vl

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: 5/21, 2002

Richard H. Kyle
United States District Judge